TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00669-CV

Adrenne Luna, Appellant

v.

Alberto Luna, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-11930, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING

PER CURIAM 

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on October 26, 2000. 
Accordingly, appellant's brief was due on November 27, 2000. 

 By postcard dated January 31, 2001, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
February 12, 2001, or tendered a motion for extension of time reasonably explaining the failure
to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to
file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: March 15, 2001

Do Not Publish